IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02515-BNB

VICTOR S. ARCHULETA,

    Plaintiff,

v.

ADAMS COUNTY,
DOUG DARR,
MELONY GREGGORY,
JAMES McKINZIE,
JOHN SPENCE,
ROBERT NANNEY,
JOHN HINRICHS, and
JOHN/JANE DOE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On December 3, 2007, Plaintiff filed a Request for Service (Doc. No. 4). The Request is DENIED as premature and unnecessary.

Dated: February 1, 2008

A copy of this Minute Order mailed on February 1, 2008, to the following:

Victor S. Archuleta
Prisoner No. 12800
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

                        Secretary/Deputy Clerk