IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02515-ZLW-CBS

VICTOR S. ARCHULETA,
    Plaintiff,

v.

ADAMS COUNTY BD. OF COMM'RS,
DOUG DARR,
MELONY GREGGORY,
JAMES MCKINZIE,
ROBERT NANNEY,
JOHN SPENCE (whose first name is unknown),
JOHN HINRICHS (whose first name is unknown),
VINCE POTTER,
    Defendants.


FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO


MAR 21 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE OF AMENDED PRISONER COMPLAINT
## BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Amended Prisoner Complaint (doc. # 24) on **Defendants Vince Potter and James McKinzie**. Pursuant to the Order of Reference dated February 27, 2008 (doc. # 22), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters . . . ." On December 3, 2007, the court granted Mr. Archuleta leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). On March 5, 2008, the court granted Mr. Archuleta leave to amend his complaint and accepted for filing his Amended Prisoner Complaint (doc. # 24). It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the **Defendants Vince Potter and James McKinzie**, who were added to the Amended Prisoner Complaint (doc. # 24) that was accepted for filing on February 29, 2008. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Amended Prisoner Complaint (doc. # 24) and summons upon the

**Defendants Vince Potter and James McKinzie**.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that after service of process on him, **Defendants Vince Potter and James McKinzie** shall respond to the Amended Prisoner Complaint (doc. # 24) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 20th day of March, 2008.

BY THE COURT:


_____s/Craig B. Shaffer_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02515-ZLW-CBS

Victor S. Archuleta
Prisoner No. 128001
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215
-
US Marshal Service
Service Clerk
Service forms for: Vince Potter and Jame McKinzie

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Vince Potter and Jame McKinzie: AMENDED COMPLAINT FILED 2/29/2008, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on _3/21/08_ .

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk