## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-02515-ZLW-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** May 2, 2008 | **Courtroom Deputy:** Ben Van Dyke |

VICTOR S. ARCHULETA,                           *Pro se,* via telephone

    **Plaintiff,**

v.

DOUG BARR, *et al.*,                           Heidi M. Miller

    **Defendant(s).**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 2:04 p.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

The parties discuss the pending motions with the court.

**ORDERED:** Plaintiff's oral motion to withdraw The Request for Preliminary Injunction [filed February 4, 2008; doc. 13] is granted. The motion (doc. 13) is hereby withdrawn.

**ORDERED:** The Petition for Correct Name Change [filed March 31, 2008; doc. 44] is denied as moot.

**ORDERED:** The Motion for Leave to File an Amended Complaint [filed April 10, 2008; doc. 51] is taken under advisement.

**ORDERED:** Plaintiff may file additional legal arguments regarding the motion to dismiss within two weeks.

**ORDERED:** All discovery in this case is hereby stayed.

HEARING CONCLUDED.

**Court in recess:**   2:42 p.m.                    Total time in court:    00:38