IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02515-ZLW-CBS

VICTOR S. ARCHULETA,
    Plaintiff,
v.

ADAMS COUNTY BD. OF COMM'RS,
DOUG DARR,
MELONY GREGGORY,
JAMES MCKINZIE,
ROBERT NANNEY,
JOHN SPENCE (Whose first name is unknown),
JOHN HINRICHS (Whose first name is unknown), and
VINCE POTTER,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on: (1) Mr. Archuleta's "Motion to Withdraw Doc. 51 for a More Formal Pleading" (filed May 22, 2008) (doc. # 62). Pursuant to the Order of Reference dated February 27, 2008 (doc. # 22) and the memorandum dated May 23, 2008 (doc. # 63), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the arguments made at the hearing held on May 2, 2008, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Archuleta's "Motion to Withdraw Doc. 51 for a More Formal Pleading" (filed May 22, 2008) (doc. # 62) is GRANTED.

2. Mr. Archuleta's "Motion for Leave to File an Amended Complaint" (filed April 10, 2008) (doc. # 51) and the proposed Second Amended Complaint (doc. # 51-2) are hereby WITHDRAWN.

3. Still pending before the court are: (1) the "Motion to Dismiss Plaintiff's Amended Complaint" filed by Defendants Adams County Board of County Commissioners, Doug Darr, Melanie Gregory, Robert Nanney, Justin Spence, and James Hinrichs and joined by Defendants James McKenzie and Vince Potter (*see* docs. # 35 and # 47); and (2) Mr. Archuleta's "Motion for Leave to File an Amended Complaint" (doc. # 59) and the proposed Second Amended Complaint (doc. # 59-2). These motions have been fully briefed and the court will issue a Recommendation in due course.

DATED at Denver, Colorado, this 23rd day of May, 2008.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge