IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02515-ZLW-CBS

VICTOR S. ARCHULETA,
        Plaintiff,
v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,
DOUG DARR,
MELONY GREGORY,
JAMES MCKENZIE,
ROBERT NANNEY,
JUSTIN SPENCE,
JAMES HINRICHS, and
VINCE POTTER,
        Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

        Pending before the court in this civil action are:

        (1) the "Motion to Dismiss Plaintiff's Amended Complaint" filed by Defendants
Adams County Board of County Commissioners, Doug Darr, Melanie Gregory, Robert
Nanney, Justin Spence, and James Hinrichs and joined by Defendants James
McKenzie and Vince Potter (*see* docs. # 35 and # 47); and

        (2) Mr. Archuleta's "Motion for Leave to File an Amended Complaint" (doc. # 59)
and proposed Second Amended Complaint (doc. # 59-2).

Pursuant to the Order of Reference dated February 27, 2008 (doc. # 22) and the

memoranda dated March 19, 2008 (doc. # 36), April 4, 2008 (doc. # 48), and May 12,

2008 (doc. # 60), the pending motions have been referred to the Magistrate Judge.

        On March 31, 2008, Mr. Archuleta filed his "Motion in Opposition" ("Response")

to the Motion to Dismiss.  (*See* doc. # 43).  Defendants filed their Reply on April 9,

2008.  (*See* doc. # 49).  On April 10, 2008, Mr. Archuleta filed a "Motion for Leave to

File an Amended Complaint" and a proposed Second Amended Complaint.  (*See* docs. # 51 and # 51-2).[1]  On April 21, 2008, Mr. Archuleta filed "Plaintiff's Motion in Support of Opposition to Dismiss and Defendant [sic] Reply in Support" ("Surreply").  (*See* doc. # 56).  At the hearing held on May 2, 2008, the court stayed all discovery pending resolution of the Motion to Dismiss and permitted Mr. Archuleta to file any additional legal arguments regarding the Motion to Dismiss within two weeks.  On May 9, 2008, Mr. Archuleta filed his "Motion for Leave to File an Amended Complaint" (doc. # 59) and a new proposed Second Amended Complaint (doc. # 59-2).  On May 14, 2008, Defendants filed their Response to Mr. Archuleta's Motion to Amend.  (*See* doc. # 61). On June 2, 2008, Mr. Archuleta filed "Plaintiff's Motion in Support for Leave to Amend" (doc. # 67) (docketed by the Clerk of the Court as "Supplement/Amendment" to doc. # 59)).  On June 3, 2008, Defendants filed their Amended Response to Mr. Archuleta's Motion to Amend.  (*See* doc. # 68).  The court is not required to accept any further briefing on these motions.  *See* D.C. COLO. LCivR 7.1C.  Accordingly,

IT IS ORDERED that:

1.      "Plaintiff's Motion in Support for Leave to Amend" (doc. # 67) (docketed by the Clerk of the Court as "Supplement/Amendment" to doc. # 59) shall be treated as Mr. Archuleta's Reply to doc. # 59, the "Motion for Leave to File an Amended Complaint."

2.      "Plaintiff's Motion in Support of Opposition to Dismiss and Defendant [sic] Reply in Support" (doc. # 56) shall be treated as Mr. Archuleta's Surreply to doc. # 35, the Motion to Dismiss.

---

[1]      On May 23, 2008, docs. # 51 and # 51-2 were withdrawn by Mr. Archuleta. (*See* docs. # 62 and # 64).

3.      Briefing on the pending "Motion to Dismiss Plaintiff's Amended Complaint" filed by Defendants Adams County Board of County Commissioners, Doug Darr, Melanie Gregory, Robert Nanney, Justin Spence, and James Hinrichs and joined by Defendants James McKenzie and Vince Potter (*see* docs. # 35 and # 47) is CLOSED. No further briefs will be accepted and may be stricken by the court. The Motion has been fully briefed and the court will issue a Recommendation in due course.

4.      Briefing on the pending "Motion for Leave to File an Amended Complaint" (doc. # 59) is CLOSED. No further briefs will be accepted and may be stricken by the court. The Motion has been fully briefed and the court will issue a Recommendation in due course.

DATED at Denver, Colorado, this 3rd day of June, 2008.

BY THE COURT:


 s/Craig B. Shaffer
United States Magistrate Judge