IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02515-ZLW-CBS

VICTOR S. ARCHULETA,
    Plaintiff,
v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS, et al.,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Archuleta's "<u>Amended</u> Motion in Opposition to Dismiss" (filed June 12, 2008) (doc. # 70). Pursuant to the Order of Reference dated February 27, 2008 (doc. # 22) and the memoranda dated March 19, 2008 (doc. # 36), April 4, 2008 (doc. # 48), and May 12, 2008 (doc. # 60), all pending motions have been referred to the Magistrate Judge.

On June 4, 2008, the court ordered that briefing on the pending Motion to Dismiss (*see* docs. # 35 and 47) was closed and that no further briefs would be accepted and would be stricken by the court. (*See* doc. # 69). In accordance with the court's June 4, 2008 Order, IT IS ORDERED that Mr. Archuleta's "<u>Amended</u> Motion in Opposition to Dismiss" (filed June 12, 2008) (doc. # 70) is STRICKEN.

DATED at Denver, Colorado, this 13th day of June, 2008.

                                          BY THE COURT:

                                          s/Craig B. Shaffer
                                          United States Magistrate Judge