IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02515-ZLW-CBS

VICTOR S. ARCHULETA,
    Plaintiff,
v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,
DOUG DARR, Sheriff, Adams County Detention Facility,
MELANIE GREGORY, Technical Services Manager, Adams County Detention Facility,
JAMES MCKINZIE, Sergeant/Investigator, A.C.D.F.,
JUSTIN SPENCE, Deputy, A.C.D.F.,
JOHN HINRICHS, Sergeant, Adams County Detention Facility, and
VINCE POTTER, Deputy, Adams County Detention Facility,
    Defendants.

_____

ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on District Judge Weinshienk's March 20, 2009 Order accepting the January 20, 2009 Recommendation of United States Magistrate Judge. (*See* doc. # 99). Pursuant to the Order of Reference dated February 27, 2008 (doc. # 22), this civil action was referred to the Magistrate Judge to, *inter alia,* "[c]onvene a scheduling conference," and [h]ear and determine pretrial matters. . . ." In light of the March 20, 2009 Order, this case is proceeding on Mr. Archuleta's Amended Complaint (doc. # 24). (*See* doc. # 99). Accordingly,

IT IS ORDERED that **a Preliminary Scheduling Conference is set on Friday May 1, 2009 at 9:15 a.m. in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294.** At the Preliminary Scheduling Conference, the court will address the status of the case, the filing of any

motions, and what discovery if any is needed.  **Mr. Archuleta and/or his case manager shall arrange for his participation in the hearing via telephone by calling (303) 844-2117 at the scheduled time.**

DATED at Denver, Colorado, this 26th day of March, 2009.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge