# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02515-ZLW-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: August 4, 2010 | Courtroom Deputy: Linda Kahoe |

VICTOR S. ARCHULETA,                            *Pro se (via phone)*

    Plaintiff,

    v.

DOUG DARR, *et al.*,                                 Heidi M. Miller

    Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 2:06 p.m.
Court calls case. Appearance of counsel. *Plaintiff is pro se and appears via phone.*

Discussion and arguments regarding Motion for an Order Compelling Discovery, doc #[144], filed 7/23/2010.

The court states that Mr. Archuleta is allowed to obtain the names and the assignments of the people who were working in B Module on the day in question. Mr. Archuleta states that he already has that information.

Defense counsel represented to the court that all records have been produced with respect to Plaintiff Archuleta's request for all medical records of any kind in the possession, custody or control of Adam's County and the Adam's County Sheriff's Department.

For the reasons as stated on the record, it is:

**ORDERED:** Defense counsel shall provide Mr. Archuleta with documentation establishing when the camera in question was installed. Defense counsel shall provide Mr. Archuleta with an affidavit from the detective who did the inspection explaining why some of the video footage would have been saved, and why some of the video footage would have been taped over by **5:00 p.m. on Friday, AUGUST 6, 2010**. *The court requests that Ms. Miller submit copies of the information*

> *provided to Mr. Archuleta to the court.* In all other respects, the Motion for an Order Compelling Discovery, doc #[144], is **DENIED**. The court will not order an award of fees and costs to Adam's County. The court will look to Rule 37 for any future motions to compel filed by Mr. Archuleta.

Discussion and arguments regarding Motion to Modify Scheduling Order, doc #[150], filed 8/3/2010. The court states that Plaintiff has not established good cause.

**ORDERED:** The Motion to Modify Scheduling Order, doc #[150] is **DENIED**.

HEARING CONCLUDED.

**Court in recess**: 3:42 p.m.
Total time in court: 01:36

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.