IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02515-ZLW-CBS

VICTOR S. ARCHULETA,
    Plaintiff,
v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,
DOUG DARR,
MELANIE GREGORY,
JAMES MCKENZIE,
ROBERT NANNEY,
JUSTIN SPENCE,
JAMES HINRICHS, and
VINCE POTTER,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court *sua sponte* to place this case on the list of cases for which counsel may choose to volunteer.

    Pursuant to the Order of Reference dated February 27, 2008 (doc. # 22), this matter was referred to the Magistrate Judge to "[h]ear and determine pretrial matters," among other things. While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal counsel for Mr. Archuleta by placing this case on the list of cases for which counsel may choose to volunteer.

1

Mr. Archuleta made two requests for "appointment" of counsel, which were denied on proper grounds. (*See* docs. # 11, # 32, # 128, # 130). Since the denials of those requests, on March 31, 2010 District Judge Weinshienk directed the Magistrate Judge "to set the case for trial." (*See* Order (doc. # 126) at p. 9 of 9). On November 3, 2010, Defendants Adams County, Darr, Gregory, McKenzie, Hinrichs, and Potter moved for summary judgment on the Amended Complaint. "Since the circumstances of the alleged incident between Plaintiff, Deputy Nanney, and Deputy Spence are disputed, the claims against Nanney and Spence are not included" in the Motion for Summary Judgment. (*See* Motion for Summary Judgment (doc. # 169) at p. 2 of 15). Thus, at least a portion of this case will proceed to trial.

Accordingly, the court directs that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer. Mr. Archuleta is reminded that this Order does not guarantee that a lawyer will volunteer to represent him. Mr. Archuleta must continue to proceed *pro se* as necessary.

DATED at Denver, Colorado, this 29th day of December, 2010.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge