# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:**   07-cv-02515-ZLW-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   December 29, 2010 | Courtroom Deputy: Geneva D. Mattei |

VICTOR S. ARCHULETA,                                               *Pro se (via phone)*

     Plaintiff,

     v.

DOUG DARR, *et al.,*                                                        Heidi M. Miller

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        10:00 a.m.**
Court calls case.  Appearances of counsel.  *Mr. Archuleta appears via phone.*

Pending before the court are three (3) motions that need to be addressed.

Discussion regarding the plaintiff's motion for leave to amend the complaint.

**ORDERED**:   **The plaintiff's motion to amend complaint [Doc. #172; filed 11/15/10] is Taken Under Advisement for reasons stated on the record. The court will file a written recommendation that motion be denied**.

**ORDERED**:   **Plaintiff's motion for orders re discovery [Doc. #179; filed 12/6/10] is denied for reasons stated on the record. Defense counsel to supplement responses to discovery and to explain in detail with factual support why she feels that these discovery requests are overly broad and unduly burdensome. These responses shall be served on the court and Mr. Archuleta on or before January 7, 2011.**

**ORDERED**:   **The plaintiff shall respond to defendants' motion for summary judgement on or before January 14, 2011.**

Defendant Nanny and Defendant Spence did not move for summary judgment so some portion of this case will have to go to trial.

The court will be issuing an order today requesting the Clerk of the Court put Mr. Archuleta's name on a list seeking court appointed counsel.

HEARING CONCLUDED.
**Court in recess:        10:34 a.m.**
Total time in court:     00:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.