# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 07-cv-02515-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** May 23, 2011 | **Courtroom Deputy:** Linda Kahoe |

VICTOR S. ARCHULETA,   Joseph J. Mellon
                       William R. Meyer
    Plaintiff,

v.

DOUG DARR, *et al.,*   Heidi M. Miller

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:   9:16 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding the status of the case.

**ORDERED:** Discovery is **REOPENED** for the **LIMITED** purpose of taking depositions only. Depositions must be completed within **30 DAYS**. Any further requests require a showing of good cause.

Discussion regarding pending motions.

The court will go forward with writing a Recommendation on the Motion for Summary Judgment, doc #[169].

**ORDERED:** The Motion to Amend Complaint, doc #[172] is **DENIED WITHOUT PREJUDICE.**

HEARING CONCLUDED.

**Court in recess:   9:26 a.m.**
Total time in court:   00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.